IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| KEVIN ARWIN HOUSTON, #639008 | § | |
| VS. | § | CIVIL ACTION NO. 9:04cv185 |
| RICHARD ALFORD, ET AL. | § | |

ORDER

Plaintiff Kevin Arwin Houston, an inmate confined in the Texas prison system, proceeding *pro se* and *in forma pauperis*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The cause of action was referred to United States Magistrate Judge Harry W. McKee, who issued a Second Report and Recommendation (docket entry #20) concluding that the plaintiff's motion to order a transfer should be denied. The plaintiff has filed objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the plaintiff, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections by the plaintiff are without merit. Thus the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the plaintiff's motion for a transfer (docket entry #14), which is construed as a motion for a temporary retraining order and preliminary injunction, is **DENIED**.

SIGNED this _____ day of May, 2005.

_____
RON CLARK
UNITED STATES DISTRICT JUDGE